## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

GLORIA GLAZIER, )
            Plaintiff, )
) 14-CV-106
    v. )
) ACTION FOR DAMAGES
STUART FOX, )
            Defendant. )

## PLAINTIFF'S WITNESS LIST

1. Gloria Glazier- Will testify about the incident and effect it has had on her life.

2. Emily Cooper- Will testify about a discussion she heard on the Buccaneer beach in 2014 between Stuart Fox and several other people. The discussion involved the facts of this case.

3. Albert Fenner- Will testify about the incident.

4. Francis Woelfel- Will testify about the incident.

5. Joan Woelfel- Will testify about the incident.

6. Linda Miller- Will testify about the incident.

7. Graydon Miller- Will testify about the incident.

8. Jerry Jones- Will testify about the incident and the effect it has had on Plaintiff's life.

9. Stuart Fox- Will testify about the incident.

10. Dr. C. Craig Satterlee- Will testify about Plaintiff's medical treatment.

11. Dr. Lyn Campbell- Will testify about Plaintiff's medical treatment.

12. Dr. Linda Jackson- Will testify about Plaintiff's medical treatment.

13. Witnesses listed by Defendant

                                                                             Respectfully submitted,

                                                                             **COLIANNI & COLIANNI**
                                                                             Attorneys for Plaintiff

DATED: January 9, 2017          By:   /s/Vincent Colianni, II
                                                                   Vincent A. Colianni
                                                                   Vincent Colianni, II
                                                                   1138 King Street
                                                                   Christiansted, VI 00820
                                                                   Telephone: (340) 719-1766
                                                                   Facsimile: (340) 719-1770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
asimpson@coralbrief.com

                                                                     /s/Vincent Colianni, II
                                                                     Vincent Colianni, II
                                                                     Vincent A. Colianni
                                                                     1138 King Street
                                                                     Christiansted, St. Croix
                                                                     U.S. Virgin Islands 00820
                                                                     Telephone: (340) 719-1766
                                                                     Fax: (340) 719-1770